| | |
|---|---|
| 1 | Law Office of<br>**Michael Baldwin, PLC** |
| 2 | Michael W. Baldwin, State Bar No. 012625<br>Post Office Box 35487 |
| 3 | Tucson, Arizona 85740-5487<br>Telephone: (520) 792-3600 |
| 4 | FAX: (520) 792-8616<br>E-Mail: Michael.Baldwin@azbar.org |
| 5 | Attorney for Debtors-in-Possession |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| *In re*: | Case No.: 4:09-bk-13836 (JMM)<br>(Chapter 13) |
| David Martin Wilson & Jamie Marie Wilson,<br><br>Debtors. | NOTICE OF HEARING<br>re<br>OBJECTION TO PROOF OF CLAIM #14<br>and<br>MOTION TO STRIKE OBJECTION TO CONFIRMATION<br>filed by<br>BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. |

**PLEASE TAKE NOTICE** that David Martin Wilson & Jamie Marie Wilson, joint debtors, herein, (the "**Debtors**") by and through their counsel undersigned, have filed a motion entitled *Objection to Proof of Claim #14 and Motion to Strike Objection to Confirmation filed by BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.*

A time for the hearing has been set for November 4, 2009 at the hour of 10:00 AM in front of Judge James M. Marlar, 38 S. Scott, Tucson, AZ (Courtroom # 329).

Respectfully submitted this 2nd day of October, 2009.
MICHAEL BALDWIN, PLC; a Professional Limited Liability Company


By: /s/ Michael Baldwin  AzStB#012625
Michael W. Baldwin

MICHAEL BALDWIN, PLC
Page 1 of 1

Copy of the foregoing electronically transmitted this 2nd day of October 2009 to:

| | |
|---|---|
| Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003<br>602-682-2616    (phone)<br>602-514-7270    (fax)<br>USTPRegion14.PX.ECF@USDOJ.GOV | Alan R. Solot<br>Tilton & Solot<br>459 N. Granada Avenue<br>Tucson, AZ 85701<br>520-622-4622<br>520-882-9861 (fax)<br>arsolot@tiltonandsolot.com |
| Dianne C. Kerns<br>Chapter 13 Trustee<br>PMB #413<br>7320 N. La Cholla, #154<br>Tucson, AZ 85741-2305<br>mail@dcktrustee.com | Mark S. Bosco<br>Tiffany & Bosco, P.A.<br>2525 East Camelback Road<br>Third Floor<br>Phoenix, Arizona 85016<br>msb@tblaw.com |

/s/ Brian J. Lestyk, in his capacity as paralegal for Michael Baldwin, PLC