**SIGNED.**

Dated: December 09, 2009



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID MARTIN WILSON and JAMIE MARIE WILSON,<br><br>                    Debtors. | Chapter 13<br><br>No. 4:09-bk-13836-JMM<br><br>**ORDER RE:**<br><br>**OBJECTION TO CLAIM NO. 14** |

      Consistent with the court's Memorandum Decision,

      IT IS ORDERED OVERRULING AND DENYING the Debtors' objection (DN 24) to Claim No. 14 filed by BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. ("BAC"); and

      IT IS FURTHER ORDERED SUSTAINING the objection to confirmation filed by BAC (DN 22).

      DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Michael W. Baldwin, Attorney for Debtors

Mark S. Bosco, Attorney for BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

Dianne C. Kerns, Trustee

Office of the U.S. Trustee